## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JOSE LUIS LOPEZ CRUZ,** | **CIVIL ACTION** |
| Petitioner, | |
| *v.* | **NO. 26-2278-KSM** |
| **J.L. JAMISON**, *Warden, Federal Detention Center, Philadelphia*, et al., | |
| Respondents. | |

## ORDER

**AND NOW**, this 10th day of April, 2026, following a status conference on April 9, 2026, it is **ORDERED** that by **April 15, 2026** the parties shall submit letter brief(s) on whether the Court has jurisdiction over this matter given Petitioner's transfer out of the District around the time that the Petition was filed. The parties may submit a single joint brief or, if they disagree on the question of jurisdiction, competing briefs.[1]

**IT IS SO ORDERED.**

/s/*Karen Spencer Marston*

_____
KAREN SPENCER MARSTON, J.

---

[1] As previewed, the Court asks the parties to address where a petitioner in transit is considered "confined" for habeas purposes—the facility he is leaving, the facility to which he is headed, or his physical location during transit. By way of example, and as applied to this case, the Court is primarily interested in whether: (1) Petitioner remained "confined" by the warden at the Federal Detention Center in Philadelphia (the "FDC") until he arrived at Moshannon Valley Processing Center in Philipsburg and was taken into custody there, (2) Petitioner was under the custody of the warden at Moshannon once he physically left the FDC, or (3) Petitioner was not formally in the custody of the warden at either facility, but instead, in the custody of U.S. Immigration and Customs Enforcement wherever the van was located when the Petition was filed. To that end, it may be helpful to know which agency or facility oversaw the transfer and/or employs the individual who drove the transit van. To the extent either party believes it material to know where Petitioner was physically located at the moment the Petition was filed, the Government should be prepared to provide that information to the extent it is knowable. If an evidentiary hearing is needed, the parties shall notify the Court so such a hearing can be scheduled.