**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **JOSE LUIS LOPEZ CRUZ**, <br><br> Petitioner, <br><br> *v.* <br><br> **J.L. JAMISON**, *Warden, Federal Detention Center, Philadelphia*, et al., <br><br> Respondents. | **CIVIL ACTION** <br><br><br> **NO. 26-2278-KSM** |

## ORDER

**AND NOW**, this 22nd day of April, 2026, upon consideration of Petitioner Jose Luis Lopez Cruz's Petition for Writ of Habeas Corpus (Doc. No. 1) and Respondents' Response in Opposition (Doc. No. 8), it is **ORDERED** that Petitioner shall file a Reply to the Response in Opposition no later than **5:00 p.m. EDT** on **April 28, 2026**.  Respondents may file a sur-reply not later than **5:00 p.m. EDT** on **May 1, 2026**.[1]

**IT IS FURTHER ORDERED** that the Court will hold **ORAL ARGUMENT** on the Petition on **May 5, 2026, at 2:00 p.m. EDT** in **Courtroom 16B** of the James A. Byrne United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania.

**IT IS SO ORDERED.**

/s/*Karen Spencer Marston*

_____

KAREN SPENCER MARSTON, J.

[1] The reply and potential sur-reply shall comply with the page limitations discussed in Section II.B.5 of Judge Marston's Policies and Procedures.