**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |
|---|---|
| **JOSE LUIS LOPEZ CRUZ**, Petitioner, *v.* **J.L. JAMISON**, *Warden, Federal Detention Center, Philadelphia*, et al., Respondents. | **CIVIL ACTION** **NO. 26-2278-KSM** |

## ORDER

**AND NOW**, this 7th day of May, 2026, upon consideration of Petitioner Jose Luis Lopez Cruz's Petition for Writ of Habeas Corpus (Doc. No. 1), Respondents' Response in Opposition (Doc. No. 8), Petitioner's Reply in Support (Doc. No. 10), Respondents' Sur-Reply in Opposition (Doc. No. 11), and Oral Argument on the Petition held May 5, 2026 (Doc. No. 14), and for the reasons stated in the accompanying Memorandum, it is **ORDERED** that:

1.      The Petition (Doc. No. 1) is **DENIED**.[1]

2.      The Court's April 8, 2026 Order enjoining Respondents from moving Petitioner (Doc. No. 2) is **VACATED**.

---

[1] Because Lopez Cruz sought a writ of habeas corpus under 8 U.S.C. § 2241, we need not determine whether a certificate of appealability should issue. *See Reese v. Warden Philadelphia FDC*, 904 F.3d 244, 246 (3d Cir. 2018) ("Because [petitioner] is a federal prisoner appealing the dismissal of a § 2241 petition, he need not obtain a certificate of appealability to proceed.") (citing *United States v. Cepero*, 224 F.3d 256, 264–65 (3d Cir. 2000), *abrogated on other grounds by Gonzalez v. Thaler*, 565 U.S. 134 (2012)); *see also Gulyer v. Warden of the Moshannon Valley Processing Ctr.*, No. 25cv482, 2026 WL 598115, at *3 (W.D. Pa. Jan. 7, 2026), *report and recommendation adopted sub nom. Gulyer v. Warden of Moshannon Valley Processing Ctr.*, No. 25cv482, 2026 WL 177798 (W.D. Pa. Jan. 22, 2026) ("A certificate of appealability is not required for federal detainees seeking relief under Section 2241.") (citing *Muza v. Werlinger*, 415 F. App'x 355, 357 n.1 (3d Cir. 2011)).

3.      The Clerk of Court shall mark this matter **CLOSED**.

**IT IS SO ORDERED.**

/s/*Karen Spencer Marston*

_____

KAREN SPENCER MARSTON, J.